PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Liliana Soto-Blas |
| **Docket Number:** | 1:02CR05206-01 OWW |
| **Offender Address:** | San Diego, CA (City and State Only) |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Court Judge<br>Fresno, California |
| **Original Sentence Date:** | 8/26/2002 |
| **Original Offense:** | 8 USC 1326 (Deported Alien Found in the United States)<br>(CLASS C FELONY) |
| **Original Sentence:** | 24 months prison, 3 years TSR, $100 special assessment |
| **Special Conditions:** | Search and deportation |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | January 28, 2005 |
| **Other Court Action:** | None |

RE:   SOTO-BLAS, Liliana
      Docket Number:   1:02CR05206-01 OWW
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.   **NEW LAW VIOLATIONS**

   On August 29, 2005, the defendant was arrested for violation of 8 USC 1326, Deported Alien Found in the United States; in violation of her conditions of supervision.

**Details of alleged non-compliance:** Subsequent to her conviction under the instant matter, the defendant was deported from the United States on January 28, 2005.  She unlawfully returned to the United States on or about August 29, 2005.

**United States Probation Officer Plan/Justification:** The defendant pends criminal charges for violation of 8 USC 1326, Deported Alien Found in the United States before the United States District Court, Southern District of California [Case No. 05CR1835 W]. Because the defendant pends charges and because she is subject to deportation once again, it is recommended that no adverse action be initiated against her for the above referenced violation.

RE: SOTO-BLAS, Liliana
Docket Number: 1:02CR05206-01 OWW
**REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret
United States Probation Officer**
Telephone: (559) 498-7569

**DATED:** 10/20/2005
Fresno, California
mp

**REVIEWED BY:**   /S/ Bruce Vasquez
**BRUCE A. VASQUEZ
Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X ) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  ) Submit a Request for Modifying the Conditions or Term of Supervision.

(  ) Submit a Request for Warrant or Summons.

(  ) Other:

| | |
|---|---|
| **October 25, 2005** | /s/ OLIVER W. WANGER |
| **Date** | **Signature of Judicial Officer** |

Rev. 04/2005
PROB12A1.MRG

**RE:   SOTO-BLAS, Liliana
          Docket Number:   1:02CR05206-01 OWW
          <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

cc:      United States Probation